ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MATHEW PILE
Associate General Counsel
Office of Program Litigation, Office 7
JACOB PHILLIPS, WA State Bar No. 43902
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: 206-615-2274
Email: jacob.phillips@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MIKE KEAN, | Case No. 3:24-cv-01832-WHO |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME** |
| vs. | |
| MARTIN O'MALLEY, Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant shall have a 28-day extension of time, from August 26, 2024, to September 23, 2024, for Defendant to respond to Plaintiff's opening brief.

    Plaintiff was previously granted an extension, and this is Defendant's first request for an extension of time and is made in good faith and for good cause. Defendant turned to this case today after filing two other Social Security response briefs this week and completing a Ninth

Stip. to Extend Time & Prop. Order; 3:24-cv-01832-WHO    1

Circuit brief. After reviewing Plaintiff's opening brief and the record in this matter, I would like an extension to allow additional time to pursue potential settlement options with my client.

    Plaintiff does not oppose Defendant's request for an extension of time. The parties further stipulate that the deadline for any reply by Plaintiff, if necessary, will be extended accordingly.

                                                      Respectfully submitted,

Dated: August 23, 2024                  */s/ Owen Hill*
                                                      (*as authorized via email on August 23, 2024)
                                                      OWEN HILL
                                                      Attorney for Plaintiff

Dated: August 23, 2024                  ISMAIL J. RAMSEY
                                                      United States Attorney

                                                      */s/ Jacob Phillips*
                                                      JACOB PHILLIPS
                                                      Special Assistant U.S. Attorney

                                                      Attorneys for Defendant

                                                     <u>ORDER</u>

Pursuant to stipulation, IT IS SO ORDERED.

Dated: __August 23, 2024_____                                
                                                    THE HONORABLE WILLIAM H. ORRICK
                                                     United States Judge