ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
JACOB PHILLIPS, WA Bar. 43902
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
(206) 615-2274
Jacob.phillips@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIKE KEAN,<br><br>    Plaintiff,<br><br>vs.<br><br>MARTIN O'MALLEY<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 3:24-cv-01832-WHO<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO 42 U.S.C. SECTION 405(g) SENTENCE FOUR AND TO ENTRY OF JUDGMENT; ORDER |

    IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

    On remand, the ALJ will: offer Plaintiff another hearing and update the record as necessary; reassess the physical impairments; reassess the medical opinions; and proceed through the sequential evaluation, obtaining vocational expert testimony as warranted, and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: September 18, 2024   By: /s/ *Owen Hill*
Owen Hill
(as authorized by email)
Attorney for Plaintiff

Dated: September 18, 2024   ISMAIL J. RAMSEY
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation

By:   /s/ *Jacob Phillips*
JACOB PHILLIPS
Special Assistant U.S. Attorney
Attorneys for Defendant

In accordance with Civil Local Rule 5-1(i)(3), I, Jacob Phillips, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

IT IS SO ORDERED:

DATE:  September 23, 2024          _____
HONORABLE WILLIAM H. ORRICK